FILED IN OPEN COURT
U.S.D.C. Atlanta

JAN 11 2016

James N. Hatten, Clerk
By: Deputy Clerk

ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ABIGAIL LEE KEMP | Criminal Action No.<br>1:16-MJ-23-LTW |

### Government's Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

**1. Eligibility of Case**

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee.

**2. Reason for Detention**

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

**3. Rebuttable Presumption**

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. § 3142(e)(3).

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

## 4. Time for Detention Hearing

The United States requests the Court conduct the detention hearing after continuance of 3 days.

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 11, 2016.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

JOHN A. HORN
United States Attorney

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

**Certificate of Service**

I served this document today by handing a copy to defense counsel:

        Defense Attorney

January 11, 2016

        /s/ MARY C. ROEMER
        MARY C. ROEMER
        Assistant United States Attorney