AO 470 (8/85) Order of Temporary Detention

| | |
|---|---|
| **UNITED STATES DISTRICT COURT**<br>**NORTHERN DISTRICT OF GEORGIA** | FILED IN OPEN COURT<br>U.S.D.C. Atlanta<br>JAN 11 2016<br>James N. Hatten, Clerk<br>By: Deputy Clerk |

UNITED STATES OF AMERICA,

vs.

ABIGAIL LEE KEMP

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT
TO BAIL REFORM ACT

CASE NO: 1:16-MJ-023-LTW

Upon motion of the Government, it is **ORDERED** that a detention hearing is set for [1] January 14, 2016 at 11:00 a.m., before United States Magistrate Judge LINDA T. WALKER, U.S. Courthouse, Richard B. Russell Building, 18th Floor, Courtroom 1860, 75 Spring Street, S.W., Atlanta, Georgia 30303.

Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Dated at Atlanta, Georgia this 11TH day of JANUARY, 2016.

*/s/ Linda J. Walker*
UNITED STATES MAGISTRATE JUDGE

---

[1] If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. 3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. 3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate; or attempt to threaten, injure, or intimidate a prospective witness or juror.