IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

v.

ABIGAIL LEE KEMP

ORIGINAL

Criminal Action No.
1:16-MJ-00023-LTW

## Government's Amended Motion for Detention

The United States of America, by counsel, John A. Horn, United States Attorney, and Mary C. Roemer, Assistant United States Attorney for the Northern District of Georgia, moves for detention under 18 U.S.C. §§ 3142(e) and (f).

### 1. Eligibility of Case

This case is eligible for a detention order because this case involves:

A crime of violence (18 U.S.C. § 3156);

A serious risk that the defendant will flee.

### 2. Reason for Detention

The Court should detain defendant because there are no conditions of release that will reasonably assure the appearance of the person as required and the safety of any other person and the community.

### 3. Rebuttable Presumption

The United States will invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community pursuant to 18 U.S.C. §

3142(e)(3).  The presumption applies because there is probable cause to believe that the defendant committed:

An offense under 18 U.S.C. §§ 924(c), 956(a), or 2332b violation.

The United States will not invoke the rebuttable presumption that no condition or combination of conditions will reasonably assure the safety of any other person and the community pursuant to 18 U.S.C. § 3142(e)(2).

The United States requests leave of Court to supplement this motion with additional grounds or presumptions for detention.

Dated: January 14, 2016.

Respectfully submitted,

Richard Russell Federal Building
75 Ted Turner Drive S.W., Suite 600
Atlanta, Georgia 30303-3309
Phone: (404) 581-6000
Fax: (404) 581-6181
(404) 581-6265

JOHN A. HORN
United States Attorney

MARY C. ROEMER
Assistant United States Attorney
Ga. Bar No. 611790

## Certificate of Service

I served this document today by handing a copy to defense counsel:

      Rebecca Shepard, Federal Defender Program

January 14, 2016

                  /s/ MARY C. ROEMER
                  MARY C. ROEMER
                  Assistant United States Attorney